| | | | |
|---|---|---|---|
| Case No. | **CV 18-6946-DMG (KSx)** | Date | December 18, 2019 |
| Title | *Barton Wayne Fishback, et al. v. Joseph T. Edmiston, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY AUTOMATIC STAY SHOULD ISSUE**

On December 12, 2019, Plaintiffs Barton Wayne Fishback and Carol Fishback filed a "Notice of Automatic Stay," informing the Court that they had filed a Chapter 13 bankruptcy petition in United States Bankruptcy Court and that all proceedings in the instant case should be stayed pursuant to 11 U.S.C. section 362. [Doc. # 62.]

The Bankruptcy Code's automatic stay provision, 11 U.S.C. section 362, does not apply to actions initiated by the debtor which involve no counterclaim against the debtor. *See Snavely v. Miller (In re Miller)*, 397 F.3d 726, 729 (9th Cir. 2005) ("The automatic stay is applicable only to proceedings *against* the debtor." (emphasis added)). Because Plaintiffs initiated this proceeding, they are **ORDERED TO SHOW CAUSE** why this action should be stayed. Plaintiffs shall file their response by **December 30, 2019. Failure to file a timely and satisfactory response shall result in the denial of any request for a stay.**

**IT IS SO ORDERED.**