JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON WAYNE FISHBACK, an individual; and CAROL FISHBACK, an individually, and nominally, <br><br> Plaintiff, <br><br> v. <br><br> JOE T. EDMISTON, as the executive director of the Santa Monica Mountains Conservancy and the Mountains Recreation and Conservation Authority; WILLIAM C. STRATTON, as the environmental health director of the Ventura County Resource Management Agency; RAYMOND GUTIERREZ, JR., as the development and inspection manager for the Ventura County Public Works Agency; CHARLES GENKEL, as the manager of the Technical Services Section of the County of Ventura Environmental Health Division; THE COUNTY OF VENTURA; THE COUNTY OF VENTURA PUBLIC WORKS AGENCY; and the COUNTY OF VENTURA RESOURCE MANAGEMENT AGENCY; <br> Defendants. | Case No. CV 18-6946-DMG (KSx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order re Defendants' Motion for Summary Judgment, filed April 15, 2022,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of all Defendants and against Plaintiffs Barton Wayne Fishback and Carol Fishback.

DATED: April 15, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE